THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINFIELD I. NICHOLSON, Appellant.—

614

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.